In the Matter of the Estate of RICHARD KORNACKI, Deceased. JOSEPH KORNACKI, as Limited Administrator of the Estate of RICHARD KORNACKI, Deceased, Appellant; BERNARD BEHRINGER, Respondent.

Counsel appeared February 23, 1950; decided April 6, 1950.

*Emanuel Boasberg, Jr.,* for appellant.

*Jean A. Martin* and *Charles P. Maxwell* for respondent.

Appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.